# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 23-10055-AMC

JAMAR YOUNG

1228 EASTON RD.

ROSLYN, PA 19001

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JAMAR YOUNG

1228 EASTON RD.

ROSLYN, PA 19001

Counsel for debtor(s), by electronic notice only.

SERGEY JOSEPH LITVAK, ESQ
LITVAK LEGAL GROUP PLLC
3070 BRISTOL PIKE, BLDG ONE-STE 204
BENSALEM, PA 19020-

Date: 7/11/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee