United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 23-10055-amc
Jamar Young | Chapter 13
     Debtor |

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Oct 18, 2023    Form ID: pdf900    Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamar Young, 1228 Easton Rd., Roslyn, PA 19001-3130 |
| NONE | + | Sergey Joseph Litvak, Litvak Legal Group, PLLC, 3070 Brostol Pike, Ste.1-204, Bensalem, PA 19020-5360 |
| 14747233 | + | Citibank, N.A. as trustee for, CMLTI Asset Trust, 390 Greenwich Street, 5th Floor, New York, NY 10013-2362 |
| 14764148 | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14747235 | + | Philadelphia Sheriffs Office, 100 S Broad St #5,, Philadelphia, PA 19110-1023 |
| 14747513 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14748188 | + | Wells Fargo Bank NA, c/o POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14754742 | + | Wilmington Savings Fund Society, FSB not, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 19 2023 01:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2023 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| NONE | | Email/Text: megan.harper@phila.gov | Oct 19 2023 01:34:00 | City of Philadelphia, Law Department- Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14754208 | | Email/PDF: bncnotices@becket-lee.com | Oct 19 2023 01:48:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14766276 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2023 00:58:57 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14788228 | | Email/Text: megan.harper@phila.gov | Oct 19 2023 01:34:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14775913 | | Email/Text: megan.harper@phila.gov | Oct 19 2023 01:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14757416 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 19 2023 00:58:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753448 | + | Email/Text: bankruptcy@cavps.com | Oct 19 2023 01:33:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14747232 | + | Email/Text: bankruptcy@cavps.com | Oct 19 2023 01:33:00 | Cavalry SPV LLC, 500 Summit Lake Driver, Ste |

Case 23-10055-amc   Doc 55   Filed 10/20/23   Entered 10/21/23 00:33:26   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | 400, Valhalla, NY 10595-2321 |
| 14772302 | ^ MEBN | Oct 19 2023 00:11:14 | Citibank, N.A., As Trustee For CMLTI Asset Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14747234 | ^ MEBN | Oct 19 2023 00:11:15 | KML Law Group, P.C., Sty 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14747738 | Email/Text: BankruptcyECFMail@mccalla.com | Oct 19 2023 01:33:00 | Citibank, N.A., as trustee for CMLTI Asset Trust, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14758496 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2023 01:33:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14747236 | + Email/Text: flyersprod.inbound@axisai.com | Oct 19 2023 01:33:00 | Rushmore Loan Management Service, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14747351 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 19 2023 01:37:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747237 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 19 2023 00:58:36 | Well Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14751001 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 19 2023 01:37:48 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14755532 | + Email/Text: flyersprod.inbound@axisai.com | Oct 19 2023 01:33:00 | Wilmington Savings Fund Society, FSB not in, its individual capacity, but solely as, trustee of CSMC 2021-RPL4 Trust, c/o Rushmore Loan Management Services, L, PO Box 55004, Irvine CA 92619-5004 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, CitiBank, N.A., as Trustee for CMLTI Asset Trust, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14757287 | *+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 18, 2023 | Form ID: pdf900 | Total Noticed: 27 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CitiBank  N.A., as Trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL JOHN CLARK | on behalf of Creditor Wilmington Savings Fund Society  FSB not in its individual capacity, but solely as trustee of CSMC 2021-RPL4 Trust mclark@squirelaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor CitiBank  N.A., as Trustee for CMLTI Asset Trust mfarrington@kmllawgroup.com |
| SERGEY JOSEPH LITVAK | on behalf of Sergey Joseph Litvak joelitvakesq@gmail.com |
| SERGEY JOSEPH LITVAK | on behalf of Debtor Jamar Young joelitvakesq@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JAMAR YOUNG, | : | |
| Debtor(s) | : | Bky. No. 23-10055-AMC |

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: Oct. 18, 2023

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE