**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JAMAR YOUNG | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | BKY. NO. 23-10055-AMC |
| | ) | |
| DEBTOR(S) | ) | |

**CERTIFICATION OF NO RESPONSE**

I certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney's fees filed at ECF No. 49.

Date:   11/10/2023                                /s/ Sergey Joseph Litvak
                                                                    Sergey Joseph Litvak, Esq.

                                                                    Litvak Legal Group, PLLC.
                                                                    3070 Bristol Pike
                                                                    Building One, Suite 204
                                                                    Bensalem, PA 19020
                                                                    215.515.7113
                                                                    joelitvakesq@gmail.com